**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**DAVID L. BRAZIL, JR.,**

    **Plaintiff,**

**vs.**                                               **CASE NO. 1:05CV106-MMP/AK**

**ALACHUA COUNTY DETENTION
CENTER,**

    **Defendant.**

    _____/


## REPORT AND RECOMMENDATION

By Order dated July 5, 2005, Plaintiff was ordered to submit a complaint on the proper form and a motion for leave to proceed in forma pauperis. (Doc. 3). On August 31, 2005, a show cause order was entered because there had been no additional filings from the Plaintiff or other communication. (Doc. 4). Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. (Doc. 4). As of this date there has been no response.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734

(1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __29th__ day of September, 2005.

      s/ A. KORNBLUM
      ALLAN KORNBLUM
      UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:05cv106-MMP/AK