IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID L BRAZIL, JR,

    Plaintiff,

v.   CASE NO. 1:05-cv-00106-MP-AK

ALACHUA COUNTY DETENTION CENTER,

    Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice because plaintiff has failed to prosecute this case and has failed to comply with orders of the Court. Objections to Report and Recommendation were due by October 27, 2005, but none were filed. In fact, plaintiff has not filed anything since being told to file a complaint on the proper forms. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is dismissed, and the clerk is directed to close the file.

**DONE AND ORDERED** this   *4th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge